20. Boudreaux implies that because the government initiated the "criminal enterprise" in his

V.

For the foregoing reasons, the sentences imposed by the district court are in all respects AFFIRMED.

**Dr. Nolan L. KINSEY, Plaintiff–Appellant,**

v.

**SALADO INDEPENDENT SCHOOL DISTRICT, et al., Defendants–Appellees.**

No. 89–1717.

United States Court of Appeals, Fifth Circuit.

Feb. 19, 1991.

Lynn Wade Malone, Charles M. McDonald, McDonald, Harmon & Malone, Waco, Tex., for plaintiff-appellant.

William C. Bednar, Jr., Eskew, Muir & Bednar, Austin, Tex., for defendants-appellees.

ON SUGGESTION FOR
REHEARING EN BANC

Before CLARK, Chief Judge, POLITZ,
KING, JOHNSON, GARWOOD, JOLLY,
HIGGINBOTHAM, DAVIS, JONES,
SMITH, DUHÉ, WIENER and
BARKSDALE, Circuit Judges.*

BY THE COURT:

A member of the Court in active service
having requested a poll on the suggestion
for rehearing en banc and a majority of the
judges in active service having voted in
favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be
reheard by the Court en banc with oral
argument on a date hereafter to be fixed.
The Clerk will specify a briefing schedule
for the filing of supplemental briefs.